AO 91 (Rev. 11/11) Criminal Complaint　　　　　　　　　　　　　　　　　　　AUSA Hanna Helwig (312) 469-6314

**FILED**
1/20/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NUMBER: 26CR25 |
| JOSE LUIS GARCIA VAZQUEZ | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about January 19, 2026, at Chicago, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841(a)(1) | did knowingly and intentionally possess with the intent to distribute a controlled substance, namely, 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

RYAN PARKER　Digitally signed by RYAN PARKER
　　　　　　　　　Date: 2026.01.20 14:48:50 -06'00'

RYAN PARKER
Special Agent, Drug Enforcement Administration (DEA)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: January 20, 2026

*Judge's signature*

City and state: Chicago, Illinois　　　　　Laura K. McNally, U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

### AFFIDAVIT

I, RYAN PARKER, being duly sworn, state as follows:

1. I am a Special Agent with the Drug Enforcement Administration (DEA), and have been so employed since approximately July 2018. Previously, I was a Task Force Officer with the DEA between approximately July 2015 and July 2018. My current responsibilities include the investigation of narcotics trafficking offenses.

2. This affidavit is submitted in support of a criminal complaint alleging that JOSE LUIS GARCIA VAZQUEZ has violated Title 21, United States Code, Section 841(a)(1). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging GARCIA VAZQUEZ with possession with intent to distribute a controlled substance, namely, 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents who have knowledge of the events and circumstances described herein, law enforcement records, interviews of witnesses,

1

physical surveillance, my training and experience, and the training and experience of other law enforcement agents.

## FACTS SUPPORTING PROBABLE CAUSE

4. In summary and as detailed below, on or about January 19, 2026, law enforcement officers seized a total of 45 kilogram-sized bricks of cocaine from JOSE LUIS GARCIA VAZQUEZ's person, car, and home. Twenty kilograms were recovered from a box GARCIA VAZQUEZ was carrying. The remaining 25 kilograms were recovered after GARCIA VAZQUEZ consented to a search of his car and home. In a recorded post-arrest interview, after waiving his *Miranda* rights, GARCIA VAZQUEZ admitted that he was instructed to pick up the cocaine and deliver it upon receiving further instruction.

5. In recent months, as part of an ongoing drug trafficking and money laundering investigation, law enforcement officers have seized multi-kilogram quantities of cocaine that, according to a law enforcement source, originated from a produce warehouse located at 2455 S. Damen Avenue in Chicago, Illinois. The cocaine was concealed within white cardboard boxes labeled "Chile Type" in green printed letters. The cardboard boxes contained multiple brick-shaped kilograms of cocaine; each kilogram displayed the John Deere logo and name.

6. After midnight on January 19, 2026, law enforcement officers established surveillance in the vicinity of the produce warehouse at 2455 S. Damen Avenue in Chicago, Illinois. At approximately 3:22 a.m., law enforcement officers

observed a maroon 2007 GMC Acadia SUV with Illinois license plate FG30921[1] drive to the loading ramp on the far northeast side of the produce warehouse and park in front of a closed overhead garage door. A few moments later, law enforcement officers observed the outline of a male enter the door to the right of the overhead garage door. Less than one minute later, a surveillance member observed a male, later identified as JOSE LUIS GARCIA VAZQUEZ,[2] push a weighted box into the rear passenger door of the GMC SUV.

7. At approximately 3:25 a.m., the GMC SUV reversed down the loading ramp and left the area. Surveillance officers began following the SUV.

8. At approximately 3:52 a.m., law enforcement officers observed the GMC SUV parked at a gas station pump located near the intersection of 79th Street and 88th Avenue in Justice, Illinois. At approximately 3:54 a.m., law enforcement officers observed GARCIA VAZQUEZ exiting the gas station and walking toward the GMC SUV.

9. At approximately 4:03 a.m., law enforcement officers observed the GMC SUV parked in the driveway of a residence located at 8660 W. 73rd Street in Justice, Illinois. Law enforcement officers approached the GMC SUV on foot. As the officers approached the GMC SUV, officers observed GARCIA VAZQUEZ carrying a white cardboard box labeled "Chile Type" in green printed letters on his shoulder. An officer

---

[1] According to law enforcement databases, this vehicle is registered to Jose L. GARCIA VAZQUEZ at 5220 S. Loomis Blvd., Chicago, Illinois.

[2] GARCIA VAZQUEZ identified himself to law enforcement officers after he was arrested and provided officers a Mexican consular identification card containing his identifying information.

3

then identified himself and asked GARCIA VAZQUEZ to put down the box. Minutes later, a law enforcement officer with a canine that is certified annually by the Illinois Law Enforcement Training and Standards Board as a narcotics dog[3] approached the box. The canine walked around the box and alerted to the odor of narcotics on the cardboard box.

10. At approximately 4:05 a.m., law enforcement officers—with the assistance of a Spanish-speaking law enforcement officer (GARCIA VAZQUEZ's native language is Spanish)—asked GARCIA VAZQUEZ for consent to search the GMC SUV and GARCIA VAZQUEZ verbally agreed. At approximately 4:08 a.m., law enforcement officers searched the GMC SUV and recovered a second white cardboard box labeled "Chile Type" in green printed letters inside. Each white cardboard box seized from GARCIA VAZQUEZ contained approximately 20 brick-shaped kilograms of a white powdery substance, and each brick-shaped package displayed the John Deere logo and name.

11. GARCIA VAZQUEZ confirmed to law enforcement officers that he lived alone in the basement unit of the residence located at 8660 W. 73rd Street in Justice, Illinois and verbally consented to a search of the residence. GARCIA VAZQUEZ provided law enforcement officers with keys to enter the residence, and at approximately 4:21 a.m., law enforcement officers searched the basement unit located

---

[3] The canine was most recently re-certified on January 8, 2026. The canine is trained to sniff buildings, vehicles, and packages to detect the odors of cocaine, meth, and heroin that could be contained inside. The canine is also trained to indicate the presence of such substances or their scents by alerting to the item he is sniffing.

4

at 8660 W. 73rd Street in Justice, Illinois. During the search, law enforcement officers discovered five brick-shaped packages of a white powdery substance concealed between two walls in a utility room. Four of the brick-shaped packages displayed the John Deere logo and name and the fifth displayed the Caterpillar (Cat) logo.

12. Following the searches, at approximately 4:50 a.m., law enforcement officers transported GARCIA VAZQUEZ to the Justice Police Department for an audio-recorded interview.[4] GARCIA VAZQUEZ was provided with a written advice of rights form in Spanish, which was read to him in Spanish as he read along. GARCIA VAZQUEZ agreed to waive his rights and signed the written waiver form at approximately 5:27 a.m. A Spanish-speaking law enforcement officer acted as a translator for the interview, during which GARCIA VAZQUEZ stated the following in summary:

    a. GARCIA VAZQUEZ agreed to pick up and deliver cocaine for an individual that he was introduced to through an acquittance in Mexico. He had picked up and delivered cocaine approximately three times before and received approximately $200 per box of cocaine as compensation.

    b. GARCIA VAZQUEZ received instructions to go to a warehouse on Damen Avenue to pick up boxes of cocaine on January 19, 2026. He parked outside of the warehouse, entered the warehouse, received two boxes from an individual, and then put the two boxes inside his car. GARCIA VAZQUEZ knew the boxes contained

---

[4] The substance of the interview is audio-recorded. However, the beginning of the interview, during which GARCIA VAZQUEZ is being advised of and waived his *Miranda* rights, is not recorded.

cocaine. GARCIA VAZQUEZ expected to receive instructions regarding where to deliver the cocaine at a later time.

13. On or about January 19, 2026, law enforcement officers conducted a field test at a DEA office of the white powdery substance found within three of the seized brick-shaped packages—one recovered from inside GARCIA VAZQUEZ's residence, and one recovered from each white cardboard box. Each of the three field tests indicated positive for the presence of cocaine. Agents weighed the 45 bricks of cocaine at approximately 55.5 kilograms total, including packaging.

## CONCLUSION

14. Based on the foregoing, I respectfully submit that there is probable cause to believe that, on or about January 19, 2026 at Chicago, in the Northern District of Illinois, Eastern Division, JOSE LUIS GARCIA VAZQUEZ did knowingly and intentionally possess with the intent to distribute a controlled substance, namely, 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

FURTHER AFFIANT SAYETH NOT.

RYAN PARKER  Digitally signed by RYAN PARKER
Date: 2026.01.20 14:49:49 -06'00'

RYAN PARKER
Special Agent, Drug Enforcement Administration

SWORN TO AND AFFIRMED by telephone January 20, 2026.

Honorable Laura K. McNally
United States Magistrate Judge